## TUTHILL AND WIFE v. TOWNLEY.

In an action of dower, a plea that demandant and her husband had con-
veyed the estate is bad, on demurrer, unless it states that the wife, being
privately examined, acknowledged the deed.

This was an action of dower. One of the pleas stated that
the former husband and the wife, now the demandant, by deed
dated the 20th of May, 1784, conveyed the premises in fee to
Halstead and Townley. To this plea the plaintiff demurred.

PER CURIAM. Under the law as it now stands, the deed
of a *feme covert*, accompanied by an acknowledgment, and a
private examination to ascertain her voluntary acquiescence
in the conveyance, is sufficient to convey her estate, and to
bar her dower. But this examination and acknowledgment
are essential ingredients—without them the deed is wholly
inoperative. As the plea, therefore, does not state these facts,
it is defective, and there must be judgment for demandant.